1 | ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
2 | Email: Robert.Freeman@lewisbrisbois.com
PAMELA L. McGAHA, ESQ.
3 | Nevada Bar No. 008181
Email: Pamela.McGaha@lewisbrisbois.com
4 | GREGORY G. BEAN, ESQ.
Nevada Bar No. 12694
5 | Email: Gregory.Bean@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6 | 6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
7 | Telephone: (702) 893-3383
Facsimile: (702) 893-3789
8 | *Attorneys for Defendant GEICO GENERAL
INSURANCE COMPANY*

9

10 | **UNITED STATES DISTRICT COURT**

11 | **DISTRICT OF NEVADA**

12

13 | MIGUEL CASTRO, | Case No.: 2:13-cv-01682-JCM-VCF

14 | Plaintiff,

15 | vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

16 | GEICO GENERAL INSURANCE
COMPANY, a foreign corporation; DOE
17 | DRIVER; and ROE INSURANCE
COMPANY; ROES I-V, inclusive,

18

19 | Defendants.

20 |     IT IS HEREBY STIPULATED, by and among Plaintiff MIGUEL CASTRO and

21 | Defendant GEICO INDEMNITY COMPANY (incorrectly sued as GEICO GENERAL

22 | INSURANCE COMPANY) by and through their respective counsel of record, that all of

23 | the claims and causes of action against Defendant GEICO INDEMNITY COMPANY in

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4825-7709-6982.1

1  the above-entitled action shall be dismissed, with prejudice, each party to bear their own

2  attorneys fees and costs.

3  DATED this 8th day of October, 2013    DATED this 18 day of October, 2013

4  G. DALLAS HORTON & ASSOCIATES    LEWIS BRISBOIS BISGAARD & SMITH LLP

5

6  By:_____    By:_____
7  DAVID L. THOMAS, ESQ.    DARRELL D. DENNIS
   Nevada Bar No. 003172    Nevada Bar No. 006618
8  4435 South Eastern Avenue    PAMELA L. MCGAHA, ESQ.
   Las Vegas, Nevada 89119    Nevada Bar No. 008181
9  Attorneys for Plaintiff    GREGORY S. BEAN
   MIGUEL CASTRO    Nevada Bar No. 012694
10  6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118
11  Attorneys for Defendant
    GEICO INDEMNITY COMPANY
12
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

1

## ORDER

Based upon the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that all of the claims and causes of action against Defendant GEICO INDEMNITY COMPANY in the above-entitled action be, and are hereby, dismissed, with prejudice, each party to bear their own attorneys fees and costs.

DATED October 22, 2013.

_____
UNITED STATES DISTRICT
COURT JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW