ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
PAMELA L. McGAHA, ESQ.
Nevada Bar No. 008181
Email: Pamela.McGaha@lewisbrisbois.com
GREGORY G. BEAN, ESQ.
Nevada Bar No. 12694
Email: Gregory.Bean@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
*Attorneys for Defendant GEICO GENERAL
INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL CASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, a foreign corporation; DOE DRIVER; and ROE INSURANCE COMPANY; ROES I-V, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01682-JCM-VCF<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED, by and among Plaintiff MIGUEL CASTRO and Defendant GEICO INDEMNITY COMPANY (incorrectly sued as GEICO GENERAL INSURANCE COMPANY) by and through their respective counsel of record, that all of the claims and causes of action against Defendant GEICO INDEMNITY COMPANY in

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4825-7709-6982.1

1    the above-entitled action shall be dismissed, with prejudice, each party to bear their own

2    attorneys fees and costs.

3    DATED this _8th_ day of _October_, 2013    DATED this _18_ day of _October_, 2013

4    G. DALLAS HORTON & ASSOCIATES    LEWIS BRISBOIS BISGAARD & SMITH LLP

6    By:_____      By:_____

     DAVID L. THOMAS, ESQ.      DARRELL D. DENNIS
7      Nevada Bar No. 003172      Nevada Bar No. 006618
     4435 South Eastern Avenue      PAMELA L. MCGAHA, ESQ.
8      Las Vegas, Nevada 89119      Nevada Bar No. 008181
     *Attorneys for Plaintiff*      GREGORY S. BEAN
9      *MIGUEL CASTRO*      Nevada Bar No. 012694
         6385 S. Rainbow Boulevard, Suite 600
10        Las Vegas, Nevada 89118
         *Attorneys for Defendant*
11       *GEICO INDEMNITY COMPANY*

13

14 /// 

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

## ORDER

2      Based upon the stipulation of the parties, and good cause appearing therefore,

3      IT IS HEREBY ORDERED that all of the claims and causes of action against

4  Defendant GEICO INDEMNITY COMPANY in the above-entitled action be, and are

5  hereby, dismissed, with prejudice, each party to bear their own attorneys fees and costs.

6      DATED October 22, 2013.

7

8

9                                    _____

10                                        UNITED STATES DISTRICT
                                            COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LEWIS
BRISBOIS
BISGAARD
& SMITH LLP**
ATTORNEYS AT LAW